IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff/Appellee | ) | |
| vs. | ) | USDC NO. 1:11CR133 |
| FRED WILLIAM LAYMAN | ) | USCOA No. 11-15399-CC |
| Defendant/Appellant | ) | |

## ORDER

The mandate from the United States Court of Appeals for the Eleventh Circuit having been issued DISMISSING the appeal,

IT IS HEREBY ORDERED that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court. This Court's Judgment and Conviction dated October 3, 2011 is final in all respects.

SO ORDERED this 2nd day of July, 2012.

J. RANDAL HALL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA